No. 98–9225.  BUTLER *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–9236.  EDWARDS *v.* ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 98–9251.  WALKER *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 98–9260.  NOLL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–9267.  BLACKBURN *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 98–9278.  MARTINI *v.* ROSEWELL ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 98–9291.  FUGAH *v.* MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 98–9293.  FRANCE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–9294.  STROTHERS ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 98–9296.  SKELTON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–9297.  SNELL *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass. Certiorari denied.

No. 98–9299.  RIVERA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 98–9302.  LOVE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–9303.  KLEIN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.